IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROOSEVELT BONNER, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2874

Opinion filed May 5, 2017.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Roosevelt Bonner, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief - Criminal Appeals, Tallahassee, for Respondent.

PER CURIAM.

The amended petition for belated appeal is denied on the merits.

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.